**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MARIA THOMPSON,                                             Case No.:  08-27728 MS

                                        **Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $1,306.91, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    HARVEST CREDIT MANAGEMENT
                         600 SEVENTEENTH STE 800 NORTH
                         %LINEBARGER GOGGAN BLAIR & SAMPSON LLP
                         HARVES STRATEGY GROUP
                         DENVER, CO  80202-5442
Amount:                  $1,306.91

Trustee Claim Number:    1

Court Claim Number:      3

Reason:                   Checks have been returned as undeliverable

                                        By:   /S/  Marie-Ann Greenberg
Dated:  September 18, 2013               MARIE-ANN GREENBERG
                                        CHAPTER 13 STANDING TRUSTEE